IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

THE ESTATE OF THERESA M. ARMSTRONG,
BY AND THROUGH JUDITH A. ARMSTRONG,
PERSONAL REPRESENTATIVE,

      Appellant,

Case No.  5D22-65
  v.
LT Case No. 2020-CA-011485-O

SUMMERVILLE AT OCOEE, INC., SUMMERVILLE
SENIOR LIVING, INC., BROOKDALE SENIOR
LIVING, INC., AND DANIELLE ASHBY,

      Appellees.
_____/
Decision filed December 27, 2022

Nonfinal Appeal from the Circuit Court
for Orange County,
Kevin B. Weiss, Judge.

Megan M. Hunter and Carl R. Wilander, of Mendes,
Reins & Wilander, PLLC, Tampa, for Appellant.

Thomas A. Valdez and Vilma Martinez, of Quintairos,
Prieto, Wood & Boyer, P.A., Tampa, for Appellees.

PER CURIAM.

    AFFIRMED.

SASSO, TRAVER and WOZNIAK, JJ., concur.